E-Filed: **JS-6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-2108 GHK (FFMx) | Date | January 14, 2013 |
|---|---|---|---|
| Title | MARLENE BALA   v.  COUNTRYWIDE BANK, FS, et al | | |

| Presiding: The Honorable | GEORGE H. KING, CHIEF U. S. DISTRICT JUDGE |
|---|---|

| Beatrice Herrera | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| NONE | NONE |

**Proceedings:**     **ORDER OF DISMISSAL**

     The Court on December 27, 2012, issued an order to show cause why the above action should not be dismissed for failure to diligently prosecute pursuant to Local Rule 41-1 of this Court.  The Court received plaintiff's notice of non-opposition in response to the Court's order to show cause, filed on January 4, 2013.  The Court has reviewed the response.  Accordingly, the order to show cause is hereby DISCHARGED.

     Having considered all relevant factors, including any available lessor sanctions, we conclude that dismissal without prejudice is appropriate in this case.  Accordingly, the above-entitled action is hereby **DISMISSED** in its entirety without prejudice for plaintiff's failure to diligently prosecute.

     **IT IS SO ORDERED.**

|  | -- | : | -- |
|---|---|---|---|
|  | Initials of Preparer | | Bea |